358 A.2d 64
Commonwealth v. Steen, Appellant.

Argued April 15, 1976.   Michael Ristvey, Jr., for appellant; David B. Douds, Assistant District Attorney, Robert F. Banks, First Assistant District Attorney, and Samuel J. Orr, IV, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

358 A.2d 61
Commonwealth v. Warner, Appellant.

Argued April 12, 1976.   Richard S. Ombres, with him Perr, Ziegler & Ombres, for appellant; James K. Angell, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.